# GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QL1703 | Roy Moses | Phoenix | 7-6-22 | 978589 |

I received my appeal from the Superintendent on 7/6/22 dated 6/30 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

I appeal the Facility Manager's Appeal Response to #978589 because the Grievance Coordinator and Facility Manager failed to document my appeal response to #962828. This outrageous conduct amounts to fraud, retaliation, and deliberate indifference to my serious medical condition and needs. #962828 details that I was sent to an E.R. offsite, diagnosed by E.R. doctors with a serious medical condition on 1-5-22. On 1-6-22 I was Ordered released from the E.R. back to this institution and placed back into my cell without regard to the E.R. release instructions, follow-up care, or any other medical intervention. Then on 1-31-22 I was rushed to the E.R. again with a Bowel Obstruction and admitted until 2-6-22. Someone dropped the ball here and subjected me to irreparable harm and deliberate indifference (Medical Staff). Dr. Robinson was my provider and responsible. On 2-8-22 I filed a response to #962828 that was never documented by the Facility Manager or Grievance Coordinator who claimed in a request to staff response dated 4-19-22, that no Appeal was received in her office. Camera's show me submitting this appeal in the mail-box. This is fraud and a First Amendment violation infringes upon my appeal rights and 8th Amendment violation to be free from cruel and unusual punishment. I request damages in excess of $75,000 and that my approved follow-up with Temple Hospital dated 2-24-22 be scheduled immediately. I've successfully completed several grievances, why was #962828 not documented?

INMATE SIGNATURE: Roy Moses

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 2-E

DC-804
Part 1 Exhibit #24 (paragraph #58 of Complaint)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
984428
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Orlando (East) | Phoenix | 6-10-22 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Roy Moses # QL1703 | Roy Moses | |
| WORK ASSIGNMENT: GLP | HOUSING ASSIGNMENT: QB-1030-01 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 6-8-22, I reported to Health Services concerning a sick-call requesting that I receive a "Bathroom Pass". I was informed by a Provider, Amoah Oti-Akenten, V, that this practice has been discontinued, which leaves special needs inmates like myself at the mercy of individual block officers to open my cell. This is the reason I've requested a Bathroom Pass from medical Staff, to avoid further irreparable harm and being tortured by non-medical personnel who may not understand or care about my serious condition & issues. I have Short Bowel Syndrome & oncontrollable diarrhea. I don't have time to keep explaining my condition & issues to folks that could care less. I request that an exception be made for me to receive a Restroom Pass from Medical Services, that I be transferred to a medical facility as soon as possible and damages in excess of $75,000.

B. List actions taken and staff you have contacted, before submitting this grievance.

I reported to sick call on 6-8-22 requesting a Restroom Pass. I've submitted a request to Dr. Letizio & CHCA Huner concerning same, I've also spoken to Unit Manager J. Wright to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                              _____
Signature of Facility Grievance Coordinator                Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                     **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016

Exhibit #24-A (paragraph 159 of Complaint)

| Form DC-135A | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Ms. Huner - CHCA
2. Date: 6-10-22
3. By: (Print Inmate Name and Number) Roy Moses #QL1703
   Inmate Signature: Roy Moses
4. Counselor's Name: Prascha
5. Unit Manager's Name: Wright
6. Work Assignment: GLP
7. Housing Assignment: QB-1030-01

Medical Department RECEIVED JUN 14 2022

8. Subject: State your request completely but briefly. Give details.

On 6-8-22 I reported to Health Services concerning a sick call I've submitted requesting a bathroom pass. I was informed that this practice was discontinued which leaves special needs inmates like myself at the mercy of the block officer to get my cell door open.
This is the reason I've requested a bathroom pass from Medical staff to avoid further irreparable harm & being tortured by the individual officers who are non-medical personnel, and do not understand or particularly care about my serious medical condition. I have Short Bowel Syndrome & major diarrhea, I don't have time to keep explaining my condition & issues to folks that do not care.
I request that an exception be made for me to receive a Restroom Pass from Medical Staff or that I be transferred to a medical facility as soon as possible.

9. Response: (This Section for Staff Response Only)

Bought to the CHCA attention who advise you to go to sick call.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME: M. Savage, ARNS (Print)    Signature    DATE JUN 23 2022

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips     Attachment 3-A

Exhibit #24-B (paragraph 167 of Complaint)



# Initial Review Response
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

07/06/2022 03:33

| Inmate Name: | MOSES, ROY R | DOC #: | QL1703 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | Q/B 1630 |
| Grievance #: | 984428 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

Mr. Moses you stated, "Grieves denied bathroom pass on 6/8/22".

**06/08/2022** - Seen by medical provider Amoah Oti- Akenten during sick call; Sick call: Pt requesting bathroom pass because of his short bowel syndrome and difficulty getting into cell to use the bathroom. Pt informed that medical no longer gives out bathroom passes and he would need to communicate his concerns with his unit manager. Pt verbalized full understanding and offers no further concerns.

SCI PHX Site Medical Director Dr. Letizio concurs with PA Amoah Oti- Akenten decision on the matter.

Grievance and all requested relief denied.

| Signature: | |
|---|---|
| Name: | M. Savage |
| Title: | |
| Approver: | K. Owens *ko* |
| Date: | July 6, 2022 |

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D        Issued: 1/26/2016  Effective: 2/16/2016

QL1703    Grievance #:984428

MOSES, ROY R                                                                                     Page1 of 1

Exhibit # 24-C (paragraph #169 of Complaint)

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | INSTRUCTIONS |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) **Deputy Sipple**
2. Date: **7-11-22**
3. By: (Print Inmate Name and Number) **Roy Moses QL1703**
   Inmate Signature: **Roy Mose**
4. Counselor's Name: **Prasch**
5. Unit Manager's Name: **Wright**
6. Work Assignment: **GLP**
7. Housing Assignment: **QB-1030**

8. Subject: State your request completely but briefly. Give details.

I've requested a Bathroom Pass from medical staff & was denied and told to speak with my Unit Manager regarding my medical issues.
The U/M is non-medical personnel, and I am subjected to the officers discretion in using the restroom.
I am not the run-of-the-mill inmate with the usual complaints. I have Short Bowel Syndrome, 105 cm of small bowel remaining. I request that an exception be made for me to receive a Bathroom Pass to avoid further irreparable harm.

9. Response: (This Section for Staff Response Only)

The officers should be letting you into your cell at your request. Once in, you may wait until a movement to come out.

To DC-14/R only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print    Signature _____ DATE _____

We do not issue bathroom passes. I/we will remind W/O letting in for bathroom use.

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A

Exhibit "D" (paragraph 170 of Complaint)

# SCI
## INMATE APPEAL TO FACILITY MANAGER
## GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QL1703 | Roy Moses | QB 1030 | 7-11-22 | 984428 |

I received my initial response from the Grievance Office/Coordinator on 7/6/22 and have the following appeal issues:

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions

Please provide a BRIEF (no longer than two pages) appeal statement.

I appeal the denial of Grievance #984428 because I am an inmate with specialized medical needs that includes Short Bowel Syndrome and uncontrollable diarrhea. And because I have communicated this serious issue to my Unit Manager who is non-medical personnel, and he is not present when I need to get in my cell. This should've served as official notice of unconstitutional conditions that exist as a result of the implementation of block policy on when officers are to open the cells. Therefore, I am forced to use the bathroom at the discretion of individual officers. I'm forced to go on myself. This facility, Dr. Letizio, Unit Manager J. Wright, and CHCA B. Huner, has now been made officially aware of unconstitutional conditions of confinement. If these conditions continue as a result of this policy, further action will be taken against the facility and individuals for infringing upon my Eighth Amendment rights to be free from their sadistic behaviors, and by failing to provide me a medical Pass to use the Restroom as needed. I'm not the run of the mill inmate with the usual complaints. I have 105cm of small bowel remaining. I request a "Medical Bathroom Pass," damages in excess of $75,000, or to be transferred to a medical facility immediately.

INMATE SIGNATURE: Roy Moses

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 2-A

Exhibit #24-E (paragraph 171 of Complaint)



# Facility Manager's Appeal Response
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

07/22/2022 02:41

| Inmate Name: | MOSES, ROY R | DOC #: | QL1703 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | Q/B 1030 |
| Grievance #: | 984428 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision: Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you state you are an inmate with specialized medical needs that includes short bowel syndrome and uncontrollable diarrhea. You state you have communicated this serious issue to your Unit Manager who is non-medical personnel and not present when you need to get in your cell. You state you are forced to use the bathroom at the discretion of individual officers and are forced to go on yourself. You state staff have not been made aware of the unconstitutional conditions of confinement. You state the facility continues to fail to provide you a medical pass to use the restroom as needed. You request a medical bathroom pass, monetary compensation or be transferred to a medical facility immediately.

Upon review of available information, I find the grievance officer's response appropriate. As indicated in the initial review response, bathroom passes are not provided to inmates. Staff are aware that you are permitted into your cell to use the restroom. You provided no evidence of unconstitutional conditions of confinement. There is nothing further to add.

Based on this information, I am upholding the decision of the grievance officer. Requested relief is denied.

| Signature: | |
|---|---|
| Name | K. Sorber |
| Title: | Facility Manager |
| Date: | |

CC: DC-15
    File

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-B                Issued: 1/26/2016  Effective: 2/16/2016

QL1703    Grievance #: 984428

MOSES, ROY R                                                        Page1 of 1

Exhibit #2-E
(paragraph 172 of Complaint)

# INMATE APPEAL TO FINAL REVIEW GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QL1703 | Roy Moses | Phoenix | 7-27-22 | 984428 |

I received my appeal from the Superintendent on 7-22-22 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

I appeal the denial of #984428 because again I am not the run-of-the-mill inmate with the usual complaints. I have specialized medical needs that includes Short Bowel Syndrome & uncontrollable diarrhea. I've communicated this serious issue to Deputy Sipple & Unit Manager J. Wright. Each request & grievance concerning these issues served as official notice of unconstitutional conditions that exist as a result of the implementation of unit policy on when officers are to open the cell doors. I am forced to use the bathroom at the discretion of individual officers & am forced to go on myself. Dr. Letizio, B. Huner, CHCA, Deputy Sipple & Unit Manager J. Wright have been officially made aware of these unconstitutional conditions of confinement, and have taken no action to change or correct the individual officers for infringing upon my 8th Amendment Rights to be free from their sadistic behaviors & for failing to provide me with a Medical Bathroom Pass to use as needed in this prison. I have 105cm of the normal 300-500cm of small bowel remaining after multiple bowel resections and abdominal reconstruction. I can't be forced to wait to use the bathroom. I request damages in excess of $75,000, a Medical Bathroom Pass or to be transferred to a medical facility immediately.

INMATE SIGNATURE: Roy Moses

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals                                    Attachment 2-E
Issued: 1/26/2016
Effective: 2/16/2016






PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

US POSTAGE $016.50
08/19/2022
ZIP 19426
041M12252211

RECEIVED AUG 22 2022

U.S.M.S. X-RAY

Clerk of Court
United States Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

Roy Moses
I.D. No. QL1703
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

CERTIFIED MAIL
7018 0680 0001 4416 2105

USPS TRACKING #
9488 8178 9820 3203 5857 03

PRIORITY MAIL — TRACKED — INSURED