**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSHUA ROY MOSES,** <br> *Plaintiff,* <br><br>        **v.** <br><br> **JAMIE SORBER et al.,** <br> *Defendants.* | **CIVIL ACTION** <br><br> **NO. 22-3385** |

## ORDER RE: MOTION TO DISMISS

    **AND NOW**, this 14th day of July 2023, upon consideration of Defendants' Motion to Dismiss (ECF No. 28) and all submissions related thereto, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1) The motion is **GRANTED** with respect to Count II, which is **DISMISSED without prejudice**,

2) The motion is **DENIED** with respect to Counts I, III, and IV, and

3) Plaintiff will have leave to amend the complaint within thirty days (30) days.

                         **BY THIS COURT:**

                         **/s/ MICHAEL M. BAYLSON**
                         _____
                         **MICHAEL M. BAYLSON**
                         **United States District Court Judge**