Clerk of Court
James A. Byrne, U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106


Roy Moses #QL1703                              8-24-23
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426


RE: Moses v. Sorber, et al. #22-cv-3385-MMB

Dear Clerk:

　　I am the pro se plaintiff in the above-captioned matter.
　　I've filed an Amended Complaint on 8-1-23, and a Motion for the Appointment of Counsel on 8-14-23.
　　Please provide me with a status update and a copy of the Docket Sheet entries in this case at your earliest possible convenience.
　　Thank you for your time, help, and attention to this very important matter!

                                         Sincerely,
                                         Roy Moses

Roy Moses #QL1703
SCI- Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

Clerk of Court
James A. Byrne, U.S. Courthouse
Room 2609
601 Market Street
Phila., PA 19106

U.S. MAIL
X-RAY

"Inmate Mail PA DEPT OF CORRECTIONS"

RECEIVED
AUG 28 2023
BY: _____