IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ROY MOSES,** *Plaintiff,* v. **JAMIE SORBER et al.,** *Defendants.* | **CIVIL ACTION** **NO. 22-3385** |

## ORDER

**AND NOW**, this 27th day of September 2023, upon receipt of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 44), it is hereby **ORDERED** that Defendants shall:

1. Respond to Plaintiff's Motion by 5:00 p.m. on October 2nd, 2023.

2. Produce to Chambers, (1) by scanned attachment to their responsive briefing or (2) by separate mailing via First Class Mail, all medical records regarding Plaintiff in their possession, custody, or control, from the start of Pennsylvania state custody of the Plaintiff through the current date.

**BY THIS COURT:**

   s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**