# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ROY MOSES,** : | |
|     Plaintiff, : | Civil Action No. 22-3385 |
| : | |
|     v. : | |
| : | |
| **JAMIE SORBER, et al.,** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this **12th** day of February, 2024, upon consideration of Plaintiff's Motion for Extension of Time to file a second amended complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's second amended complaint is due on or before February 20, 2024.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**