IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ROY MOSES,**<br>*Plaintiff,*<br><br>v.<br><br>**JAMIE SORBER et al.,**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 22-3385** |

# ORDER

**AND NOW**, this 4th day of November 2025, following an unrecorded telephone conference with counsel on the pending Motion to Compel (ECF 133) by Plaintiff Joshua Roy Moses ("Plaintiff"), it is hereby **ORDERED** that counsel shall confer regarding methodology to select a random sample of a limited number of relevant files over a one-year period for Defendants to produce on the issue of Plaintiff's custom, policy, or practice theory for certain of his claims.

The parties shall file, if in agreement, a joint status report, or otherwise separate reports limited to five pages each, within **fourteen (14) days** of this order regarding the methodology and implementation of discovery on this issue, to resolve the pending motion.

BY THIS COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-3385 Moses v. Sorber et al\22cv3385 Order re TC on Mot to Compel.docx