**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSHUA ROY MOSES**<br>*Plaintiff*,<br>**v.**<br><br>**JAMIE SORBER, et al.**<br>*Defendants*. | **CIVIL ACTION NO. 22-3385** |

**ORDER RE: MOTIONS FOR SUMMARY JUDGMENT**

**AND NOW**, this 24th day of August 2026, upon consideration of Commonwealth Defendants' Motion for Summary Judgment (ECF 155), Medical Defendants' Motion for Summary Judgment (ECF 157), Plaintiff's Motion for Partial Summary Judgment (ECF 159), and the responses and replies thereto, it is hereby **ORDERED** that:

1. Summary judgment is **GRANTED** on Count I as to Defendants Benning-Smith, Long, Sorber, Terra, Sipple, Huner, LeClerc, Letizio, Bora Saikia, and Walsh.
2. Summary judgment is **GRANTED** on Count II as to Defendants Benning-Smith and Long.
3. Summary judgment is **GRANTED** on Count IV as to Defendant Walsh.
4. Summary judgment is **DENIED** on the merits of Count V as to the DOC and as to Plaintiff. However, the Court **GRANTS** Plaintiff's Motion as to the PLRA's administrative exhaustion requirement and limitations on damages and attorney's fees. Furthermore, summary judgment is **GRANTED** in favor of Defendants Benning-Smith, Long, Terra, and Sipple on Count V.
5. Summary judgment is **DENIED** on the merits of Count VI as to the DOC and as to Plaintiff. However, the Court **GRANTS** Plaintiff's Motion as to the PLRA's administrative exhaustion requirement and limitations on damages and attorney's fees.

6. Summary judgment is **GRANTED** on Count VII as to Defendants LeClerc and Bora Saika. The Court **DISMISSES without prejudice** Count VII as to Defendants Long and Letizio, such that Plaintiff is free to re-file these claims in state court.
7. Summary judgment is **DENIED** on Count IX as to Defendant Letizio.

Judgment is entered in favor of Defendants Benning-Smith, Long, Sorber, Terra, Sipple, Huner, LeClerc, Bora Saikia, and Walsh, and against Plaintiff.

A final pre-trial telephone conference will be held on September 17, 2026 at 11:00 a.m.. Counsel for Plaintiff will initiate the teleconference and when all counsel are on the line, will join Chambers onto the call (Chambers ph: 267-299-7520). The final pre-trial telephone conference will include a discussion of settlement, and the Court recommends that if Counsel has already met with a magistrate judge or mediator, they should renew discussions. If Counsel has not yet met with a magistrate judge or mediator, the Court will appoint Magistrate Judge Cinquanto for this purpose.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-3385 Moses v. Sorber et al\22-3385 - Order re MSJ.docx